CHARLOTTE E. SIMMS et al., Respondents, *v.* FOLTS MISSION INSTITUTE, Appellant.

Argued March 10, 1937; decided March 25, 1937.

*David E. Snyder* for appellant.

*William R. Lee* for respondents. ·

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS and LOUGHRAN, JJ. Dissenting: CRANE, Ch. J., FINCH and RIPPEY, JJ.